BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

SARAH HAWKINS (CABN 257723)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7126
    Fax: (415) 436-7207
    Email: Sarah.Hawkins@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 15 0489 RS |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME FROM OTHERWISE APPLICABLE SPEEDY TRIAL ACT CALCULATION |
| v. | |
| ERIC SHELBY MELOVICH, | |
| Defendant. | |

## STIPULATION

IT IS HEREBY STIPULATED by the parties, through undersigned counsel, that:

1. The parties appeared before the Court on August 30, 2016 at 2:30 p.m. for a status hearing. Mr. Melovich was present and represented by Peter Goodman. Assistant United States Attorney Sarah Hawkins appeared for the government. The parties requested a continuance of the matter, with time excluded for effective preparation of counsel.

2. Accordingly, with the parties' agreement as to the new date, the Court scheduled the matter for change of plea or trial setting on September 27, 2016 at 2:30 p.m., with the understanding that the parties would submit a Stipulation and Proposed Order excluding time.

3. The parties now formalize their request for a continuance of this matter to September 27, 2016 at 2:30 p.m. for a status conference, and respectfully submit and agree that the period from August 30, 2016 through and including September 27, 2016 should be excluded from the otherwise applicable Speedy Trial Act computation because the continuance is necessary for effective preparation of counsel, taking into account the exercise of due diligence.

4. The parties concur that granting the exclusion would allow the reasonable time necessary for effective preparation of counsel and continuity of counsel. *See* 18 U.S.C. §3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such an exclusion of time for the purposes of effective preparation of counsel outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

IT IS SO STIPULATED.

DATED: September 6, 2016

BRIAN J. STRETCH
United States Attorney

/s/
SARAH HAWKINS
Assistant United States Attorney

DATED: September 6, 2016

/s/
PETER GOODMAN
Counsel for Eric Melovich

**[PROPOSED] ORDER**

Based upon the above-described Stipulation, THE COURT FINDS THAT the ends of justice served by granting a continuance from August 30, 2016 through and including September 27, 2016 outweigh the best interest of the public and the defendant in a speedy trial, and that failure to grant such a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Accordingly, THE COURT ORDERS THAT:

1. The parties shall appear before the Court on September 27, 2016 at 2:30 p.m. for further status conference.

2. The period from August 30, 2016 through and including September 27, 2016 is excluded from the otherwise applicable Speedy Trial Act computation, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO ORDERED.

DATED: 9/7/16

HON. RICHARD SEEBORG
United States District Judge