```
PETER GOODMAN
Attorney at Law
State Bar No. 65975
819 Eddy Street
San Francisco, California  94109
Telephone:  (4l5) 781-8866
Facsimile:   (415) 781-2266
E-Mail:  goodmanlawoffice@att.net

Attorney for Defendant
ERIC SHELBY MELOVICH
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-15-0489 RS |
| Plaintiff, ) | **STIPULATION AND [PROPOSED] ORDER VACATING DATE FOR STATUS CONFERENCE AND SETTING NEW DATE FOR FURTHER STATUS CONFERENCE** |
| vs. ) | |
| ERIC SHELBY MELOVICH, et al., ) | |
| Defendants. ) | |

   The United States of America, by its attorneys, Brian J. Stretch, United States Attorney for the Northern District of California, and Assistant United States Attorney ("AUSA") Sarah Hawkins, and defendant ERIC SHELBY MELOVICH, by his attorney, Peter Goodman, hereby stipulate and agree as follows:

   1.   This matter was last before the Court on August 30, 2016, at which time it was continued to September 27, 2016, for a further status conference and possible entry of a new plea by the defendant.

   2.   The parties have been diligently working to arrive at a disposition of this matter but defense counsel needs additional time to consult with the defendant about the terms of the disposition under consideration.  For this reason, defense counsel is requesting that the matter be continued to October 25, 2016, at 2:00 p.m. for further

1  status conference and entry of plea.  AUSA Hawkins has no opposition to the defense
2  request.
3      3.    The parties hereby stipulate and agree that time should be excluded
4  under the Speedy Trial Act pursuant to 18 U.S.C. §§3161(h) (7)(A) and (7)(B)(iv) from
5  September 27, 2016, to October 25, 2016, in the interests of justice and to ensure the
6  effective assistance of counsel for defendant MELOVICH.
7  SO STIPULATED
8  DATED:   September 23, 2016

BRIAN STRETCH
United States Attorney

By:   /s/
SARAH HAWKINS
Assistant United States Attorney

14 SO STIPULATED
15 DATED:   September 23, 2016

/s/
PETER GOODMAN
Attorney for Defendant
ERIC SHELBY MELOVICH

ORDER VACATING STATUS CONFERENCE DATE AND
SETTING NEW DATE FOR FURTHER STATUS CONFERENCE

22  Based on the stipulation of the parties and good cause appearing, IT IS
23 HEREBY ORDERED that the September 27, 2016, date currently set for defendant
24 MELOVICH to appear before this Court for a status conference is vacated and the
25 matter is continued to October 25, 2016, at 2:00 p.m. for a further status conference.
26  IT IS FURTHER ORDERED that time shall be excluded under the Speedy Trial
27 Act pursuant to 18 U.S.C. §§3161(h)(7)(A) and (B)(iv) from September 27, 2016, to
28 October 25, 2016, in the interests of justice and to ensure effective assistance of

counsel. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: 9/26/16

_____
RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE