PETER GOODMAN
Attorney at Law
State Bar No. 65975
819 Eddy Street
San Francisco, California  94109
Telephone:  (4l5) 781-8866
Facsimile:    (415) 781-2266
E-Mail:  goodmanlawoffice@att.net

Attorney for Defendant
ERIC SHELBY MELOVICH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ERIC SHELBY MELOVICH, et al.,<br><br>　　　　Defendants. | CR-15-0489 RS<br><br>**STIPULATION AND [PROPOSED] ORDER VACATING DATE FOR STATUS CONFERENCE AND SETTING NEW DATE FOR FURTHER STATUS CONFERENCE** |

　　　　The United States of America, by its attorneys, Brian J. Stretch, United States Attorney for the Northern District of California, and Assistant United States Attorney ("AUSA") Sarah Hawkins, and defendant ERIC SHELBY MELOVICH,  by his attorney, Peter Goodman, hereby stipulate and agree as follows:

　　　　1.　　This matter was last before the Court on August 30, 2016, for further status conference and possible entry of a new plea by the defendant.   The matter was continued to September 27, 2016, and then to October 25, 2016, to allow the parties to finalize the terms of a Plea Agreement.

　　　　2.　　The terms of the Plea Agreement have now been finalized and the parties anticipated that defendant MELOVICH would enter a new plea under its terms on October 25, 2016.  However, defense counsel is beginning a trial in the matter of

*United States v. Frederick Mackie,* CR14-0120 CRB, on October 24, 2016. Owing to this scheduling conflict, the parties request that this matter be continued to November 8, 2016, at 2:00 p.m.

     3.    The parties hereby stipulate and agree that time should be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§3161(h) (7)(A) and (7)(B)(iv) from October 25, 2016, to November 8, 2016, in the interests of justice and to ensure the effective assistance of counsel for defendant MELOVICH.

SO STIPULATED

DATED:   October 21, 2016

                                                        BRIAN STRETCH
                                                        United States Attorney

                    By:          /s/
                                SARAH HAWKINS
                                Assistant United States Attorney

SO STIPULATED

DATED:   October 21, 2016

                                                        /s/
                                                   PETER GOODMAN
                                                   Attorney for Defendant
                                                   ERIC SHELBY MELOVICH

<u>ORDER VACATING STATUS CONFERENCE DATE AND
SETTING NEW DATE FOR FURTHER STATUS CONFERENCE</u>

     Based on the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the October 25, 2016, date currently set for defendant MELOVICH to appear before this Court for a status conference is vacated and the matter is continued to November 8, 2016, at 2:00 p.m. for a further status conference.

     IT IS FURTHER ORDERED that time shall be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§3161(h)(7)(A) and (B)(iv) from October 25, 2016, to November 8, 2016, in the interests of justice and to ensure effective assistance of

counsel. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: 10/24/16

_____
RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE