PETER GOODMAN
Attorney at Law
State Bar No. 65975
819 Eddy Street
San Francisco, California 94109
Telephone: (4l5) 781-8866
Facsimile: (415) 781-2266
E-Mail: goodmanlawoffice@att.net

Attorney for Defendant
ERIC SHELBY MELOVICH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO VENUE

UNITED STATES OF AMERICA,           )   CR-15-0489 RS
                                    )
            Plaintiff,              )   **STIPULATION AND [PROPOSED]**
                                    )   **ORDER VACATING SENTENCING**
vs.                                 )   **DATE AND SETTING NEW DATE**
                                    )   **FOR SENTENCING**
ERIC SHELBY MELOVICH, et al.,       )
                                    )
            Defendants.             )
_____ )

The United States of America, by its attorneys, Brian J. Stretch, United States Attorney for the Northern District of California, and Assistant United States Attorney ("AUSA") Sarah Hawkins, and defendant ERIC SHELBY MELOVICH, by his attorney, Peter Goodman, hereby stipulate and agree as follows:

1. Defendant MELOVICH is currently scheduled to be sentenced in this matter on October 17, 2017.

2. Some months ago, defense counsel retained psychologist Jeremy Coles to prepare a forensic evaluation of the defendant. Owing to the press of other cases, Dr. Coles was unable to complete his evaluation of the defendant and forward his report to defense counsel until September 30, 2017.

-1-

3. Defense counsel intends to share the contents of the report with AUSA Hawkins and United States Probation Officer ("USPO") Jill Spitalieri, who was assigned to prepare the Presentence Report in this matter. However, defense counsel believes that if the current sentencing date is maintained, AUSA Hawkins and USPO Spitalieri will not have sufficient time to review the report and decide whether its contents alter their views of the appropriate sentence in this case.

4. Defense counsel is requesting that the current sentencing date of October 17, 2017, be vacated and a new sentencing date of December 5, 2017, at 2:30 p.m. be scheduled. Defense counsel has spoken with AUSA Hawkins and USPO Spitalieri and both are available on December 5, 2017, and do not oppose the continuance sought by the defense.

SO STIPULATED

DATED: October 5. 2017

                              BRIAN STRETCH
                              United States Attorney

By:     /s/
        SARAH HAWKINS
        Assistant United States Attorney

SO STIPULATED

DATED: October 5, 2017

                              /s/
                              PETER GOODMAN
                              Attorney for Defendant
                              ERIC SHELBY MELOVICH

///

///

///

**ORDER VACATING CURRENT SENTENCING DATE
AND SCHEDULING NEW DATE FOR SENTENCING**

Based on the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the October 17, 2017, date currently set for defendant MELOVICH to be sentenced in this matter is vacated and a new sentencing date of December 5, 2017, at 2:30 p.m. is hereby scheduled.

DATED: 10/6/17

_____
RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE