ALEX G. TSE (CABN 152348)
Acting United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

STEPHEN MEYER (CABN 263954)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6809
    Stephen.Meyer@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 15-0489 RS |
| v. | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE SENTENCING |
| ERIC MELOVICH, | |
| Defendant. | |

The parties stipulate to continue the sentencing in the above-captioned matter from March 20, 2018 to May 8, 2018, at 2:30 p.m. The parties are jointly requesting this continuance because they need more time to prepare for the sentencing. The government has confirmed that Probation Officer Jill Spitalleri is also available on May 8, 2018.

IT IS SO STIPULATED

DATED: March 8, 2018             /s/
                                           Stephen J. Meyer
                                           Assistant United States Attorney

DATED: March 8, 2018             /s/
                                           Peter Goodman
                                           Defense Counsel for Eric Melovich

STIPULATION AND [PROPOSED] ORDER
CR 15-0489 RS

[~~PROPOSED~~] ORDER

Based upon the representations of the parties in the application to continue the defendant's sentencing, it is hereby ORDERED that the sentencing date in this matter be continued to May 8, 2018 at 2:30 p.m.

DATED: 3/9/18

_____
THE HONORABLE RICHARD SEEBBORG
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED] ORDER
CR 15-0489 RS